# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

12 APR -5 PM 2:03

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALFREDO JAIMES-RAMIREZ,

    Defendant.

CASE NO. 12CR0044-JM

**JUDGMENT OF DISMISSAL**



IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

✔ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

✔ of the offense as charged in the Indictment/Information:

21:952 and 960 - Importation of Methamphetamine.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: April 4, 2012

Jeffrey T. Miller
U.S. District Judge